# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **ANGELA NICHOLE MOSLEY,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00021-TES-CHW-2** |

### ORDER GRANTING MOTION TO CONTINUE TRIAL
### IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Angela Mosley's Unopposed Motion to Continue [Doc. 22]. On June 11, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine,[1] Possession with Intent to Distribute Methamphetamine,[2] and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.[3] [Doc. 1]. Defendant entered a plea of not guilty on April 2, 2025. [Doc. 16].

Defendant seeks a continuance to allow her counsel to receive and review discovery. [Doc. 22, p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 22], and **CONTINUES** this case

---

[1] In violation of 21 U.S.C. § 846.

[2] In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

[3] In violation of 18 U.S.C. §§ 2, 924(c)(1)(A).

to the July term of Court—beginning on July 21, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 7th day of April, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
