# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANGELA NICHOLE MOSLEY,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:24-cr-00021-TES-CHW-2 |

### ORDER GRANTING MOTION TO CONTINUE TRIAL
### IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Angela Mosley's Unopposed Motion to Continue [Doc. 24]. On June 11, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine,[1] Possession with Intent to Distribute Methamphetamine,[2] and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.[3] [Doc. 1]. Defendant entered a plea of not guilty on April 2, 2025. [Doc. 16]. The Court has continued this case once, and Defendant now seeks a second continuance. [Doc. 24]; *see* [Doc. 23].

Defendant explains that she needs additional time to engage in plea negotiations and, if necessary, receive and review missing discovery. [Doc. 24, p. 2]. The

---

[1] In violation of 21 U.S.C. § 846.

[2] In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

[3] In violation of 18 U.S.C. §§ 2, 924(c)(1)(A).

Government does not oppose the requested continuance. [*Id.* at p. 3].

So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 24], and **CONTINUES** the Pretrial Conference to July 7, 2025, and the trial of this matter until this matter to August 11, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance outweigh the interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 2nd day of June, 2025.

S/ *Tilman E. Self, III*  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**